1 | Tyler A. Brown (State Bar No. 121350)
  | JACKSON LEWIS P.C.
2 | 50 California Street, 9th Floor
  | San Francisco, California  94111-4615
3 | Telephone:  (415) 394-9400
  | Facsimile:  (415) 394-9401
4 | E-mails: brownt@jacksonlewis.com
  | Attorneys for Defendant
5 | PARSONS TRANSPORTATION GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SHARON MANNING, | Case No.  1-16-CV-00390 LJO JLT |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL ARBITRATION** |
| v. | |
| PARSONS TRANSPORTATION GROUP, INC., | Trial Date:       Not Set |
| Defendant. | |

The parties hereto, by and through their respective attorneys of record, hereby stipulate that Defendant Parsons Transportation Group, Inc.'s time to file its intended Motion to Compel Arbitration is extended to Tuesday, April 26, 2016, from the current deadline of Tuesday, April 19, 2016.  This short delay is occasioned by the vacation of Defendant's counsel that led to his not being in a position to review the complaint until last week.

Dated: April 19, 2016                            JACKSON LEWIS P.C.

                                                 By:  /s/ Tyler A. Brown
                                                     Tyler A. Brown
                                                     Attorneys for Defendant
                                                     PARSONS TRANSPORTATION GROUP, INC.

---

1
STIPULATION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL
ARBITRATION                                    Case No.  1-16-CV-00390 LJO JLT

…

1 | Dated:  April 19, 2016                         RUMPH LAW

2

3 |                                                 By:  */s/ Randy Rumph*
                                                      Randy Rumph
4 |                                                  Attorneys for Defendant
                                                      PARSONS CORPORATION
5

6 | IT IS SO ORDERED.

7 |      Dated:   **April 19, 2016**                     **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28